**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-27031/0416110018

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:09-bk-22962-GBN |
| Blanca C. Busch | Chapter 7 |
|     Debtor. | ORDER |
| Provident Funding Associates, L.P. | |
|     Movant, | (Related to Docket #9) |
|     vs. | |
| Blanca C. Busch, Debtor, Brian J. Mullen, Trustee. | |
|     Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

…

…

…

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated November 13, 2006 and recorded in the office of the Maricopa County Recorder wherein Provident Funding Associates, L.P. is the current beneficiary and Blanca C. Busch has an interest in, further described as:

> LOT 22, AUGUSTA RANCH PARCEL 8A, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, IN BOOK 481 OF MAPS, PAGE 43 AND AFFIDAVIT OF CORRECTION RECORDED IN RECORDERS NO. 99-709115, AND AFFIDAVIT OF CORRECTION RECORDED JUNE 26, 2000 IN RECORDERS NO. 2000-481132, BOTH OF OFFICIAL RECORDS;
>
> EXCEPT ALL MINERAL RIGHTS, OIL, GAS, HYDROCARBON AND SIMILAR RIGHTS, ALL WATER RIGHTS, GEOTHERMAL STEAM AND STEAM POWER BELOW A DEPTH OF 500 FEET BELOW THE SURFACE AS RESERVED IN DOCKET 13675, PAGE 812.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT